# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES ex rel. DAWN RICHARDSON, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 10-0670-CG-C ) |
| HOMETOWN HOSPICE, INC., | ) ) |
| Defendant. | ) |

## ORDER

THIS CAUSE having come before the Court upon The United States' Notice of Consent to Relator's Voluntary Dismissal (Doc. 37), and the Court being advised that the United States has consented, pursuant to 31 U.S.C. § 3730(b)(1), to Relator's voluntary dismissal (Doc. 35) of the action, and being otherwise advised of the record, it is hereby

**ORDERED and ADJUDGED** as follows:

The above-captioned action is hereby **DISMISSED WITHOUT PREJUDICE** to the United States.

**DONE and ORDERED** this 14th day of October, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE